# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NADINE BONDS, | ) |
| Plaintiff | ) ) ) |
| v. | ) **Case No.: 2:10-cv-7351-AB** |
| NCO FINANCIAL SYSTEMS, INC., | ) ) ) |
| Defendant | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/s/ Craig Thor Kimmel_____
CRAIG THOR KIMMEL
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com

Attorney for Plaintiff

/s/ Ross S. Enders_____
ROSS S. ENDERS
Sessions, Fishman, Nathan & Israel, L.L.C.
200 Route 31 North, Suite 203
Flemington, NJ 08822
Phone: (908) 751-5941
Fax: (908) 751-5944
Email: renders@sessions-law.biz

Attorney for Defendant

DATED: 11/14/11

BY THE COURT:

_____
                                            J.