# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NADINE BONDS, ) | FILED |
| ) | NOV 15 2011 |
| Plaintiff ) | MICHAEL E. KUNZ, Clerk |
| ) | By_____ Dep. Clerk |
| v. ) Case No.: 2:~~10-cv-7351-AB~~ | |
| ) 11-5375 | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | |
| Defendant ) | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/s/ Craig Thor Kimmel
CRAIG THOR KIMMEL
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com

/s/ Ross S. Enders
ROSS S. ENDERS
Sessions, Fishman, Nathan & Israel, L.L.C.
200 Route 31 North, Suite 203
Flemington, NJ 08822
Phone: (908) 751-5941
Fax: (908) 751-5944
Email: renders@sessions-law.biz

Attorney for Plaintiff

Attorney for Defendant

DATED: 11/14/11

BY THE COURT:

_____ J.